# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 1:22-CR-00232-11-BLW |
| Plaintiff, | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | |
| OSCAR ARMANDO ORELLANA GUEVARA, | |
| Defendant. | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Richard Tamor, Panel attorney in the Northern District of California, The Sierra Building, 311 Oak Street, Ste. 108, Oakland, CA 94607, rtamor@tamorLaw.com, (415) 655-1969, be appointed as co-counsel to represent the above defendant in this case effective *nunc pro tunc* to February 20, 2025.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: **March 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

-1-