UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>OSCAR ARMANDO ORELLANO GUEVARA,<br><br>             Defendant. | Case No. 1:22-cr-00232-BLW-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

The Court has before it a Motion to Withdraw (Dkt. 364) by Richard Tamor, co-counsel for defendant Oscar Orellano Guevara.

Mr. Tamor requests to withdraw as counsel of record for defendant. The motion is based on counsel's representation that a conflict of interest exists which makes it inappropriate for him to continue to represent the defendant. Based on this representation, the Court finds good cause to allow Mr. Tamor to withdraw. *See generally See Holloway v. Arkansas*, 435 U.S. 475, 485-86 (1978). Accordingly,

IT IS THEREFORE ORDERED that the Motion to Withdraw (Dkt. 364) is GRANTED, and counsel is permitted to withdraw. The Clerk shall appoint new counsel for Defendant.

DATED: July 30, 2025

_____
B. Lynn Winmill
United States District Judge

Order - 1