IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00232-BLW-EPG |
| Plaintiff, | |
| v. | JOINT PROPOSED AMENDMENT TO ORELLANO GUEVARA EXPERT DISCLOSURE DATES |
| MARTIN ALFREDO LEIVA-LEIVA ET AL, | |
| Defendant. | |

The parties, by and through undersigned counsel, propose to extend the time for both the Government and defendant Orellano Guevara to make expert disclosures. The parties have met and conferred on this issue; defendant Orellano Guevara has retained experts, but needs more time to consult with them, and the Government has no objection to resetting the date. The parties do not believe this resetting will impact either party's readiness for trial on July 7, 2026.

The parties propose the following new dates:

**(Orellano Guevara) All Parties' Expert Disclosures**

a.   May 8, 2026

b.   Rebuttal: June 5, 2026

Under the parties' proposal, expert disclosure still occurs prior to the May 18, 2026 deadline to file motions challenging experts. If, after disclosure, the parties need additional time to prepare those motions they will meet and confer about a compacted briefing schedule on experts that will leave the issue fully briefed by the June 22, 2026 trial confirmation and hearing date.

Amended Expert Disclosure Deadlines for
Orellana-Guevara

1

**FINDINGS AND ORDER**

The Court adopts the amended disclosure dates as to defendant Orellano Guevara as described above.

IT IS SO FOUND AND ORDERED.


DATED: March 31, 2026

B. Lynn Winmill
U.S. District Court Judge

Amended Expert Disclosure Deadlines for Orellana-Guevara

2