ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-EPG |
| Plaintiff, | STIPULATION AND ORDER TO RESET MOTION IN LIMINE DEADLINES |
| v. | |
| OSCAR ORELLANA GUEVARA, | |
| Defendant. | |

1.      On May 8, 2026, the parties met for a virtual trial readiness conference in this case, which is set for trial on July 6, 2026.

2.      Defense indicated that they wished an extension of the motion in limine deadline. The Court indicated that it would consider a stipulated proposal by the parties, provided that motions in limine were fully briefed on or before June 15, 2026.

3.      On May 15, 2026, the parties met and conferred about the upcoming trial, including on possible stipulations or other evidentiary issues. The parties agreed on a revised motions in limine schedule, as follows:

a)      Motions in limine due:      May 26, 2026

b)      Responses due:      June 8, 2026

c)      Replies due:      June 15, 2026

MOTIONS IN LIMINE DEADLINES                    1

4.      The parties request that the Court adopt this proposed schedule.

Dated:  May 15, 2026                          ERIC GRANT
                                              United States Attorney


                                              /s/ Robert L. Veneman-Hughes
                                              ROBERT L. VENEMAN-HUGHES
                                              Assistant United States Attorney


Dated:  May 15, 2026                          /s/ Marcus Bourassa
                                              and Michael Berdinella
                                              Michael Berdinella
                                              Marcus Bourassa
                                              Counsel for Defendant
                                              Oscar Orellana Guevera


ORDER


Motions in limine deadlines are reset as follows:

Motions in limine due:        May 26, 2026

Responses due:                June 8, 2026

Replies due:                  June 15, 2026


DATED: May 18, 2026


B. Lynn Winmill
U.S. District Court Judge

MOTIONS IN LIMINE DEADLINES