UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

OSCAR ORELLANA GUEVARA,

Defendant.

Case No. 1:22-cr-00232-BLW-EPG

**ORDER ON UNITED STATES' MOTION IN LIMINE #4**

Before the Court is the United States' Motion in Limine #4 for Deadline for Defense Competing Translations. As explained below, the Court sets a June 17, 2026, deadline for any competing defense translations.

The Government plans to introduce Spanish-language translations of conversations between Mr. Orellana Guevara and other alleged MS-13 members into evidence at trial. Mr. Orellana Guevara disputes some of the Government's proposed translations. He has produced two competing translations so far, and the Government moves the Court to set a deadline of June 17, 2026—the deadline for Mr. Orellana Guevara to produce his exhibits—for any other translations.

The accuracy of a disputed translation is a question fact that the jury must determine. Model Crim. Jury Instr. 9th Cir. 2.8 (2026). A trial court may require a

**ORDER - 1**

party contesting a translation to submit competing translations of disputed passages. *See United States v. Franco*, 136 F.3d 622, 626 (9th Cir. 1988). The court has broad authority to set deadlines for these submissions. *See United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008).

Mr. Orellana Guevara's potential competing translations are clearly subject to the June 17, 2026, exhibit deadline set in the Pretrial Order. Any competing translations produced after that deadline will be excluded. This does not, however, prevent Mr. Orellana Guevara from challenging the Government's translations through other means, for instance by cross-examining the sponsoring witness.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion in Limine #4 for Deadline for Defense Competing Translations (Dkt. 580) is GRANTED. Mr. Orellana Guevara must produce any competing translations by June 17, 2026.

DATED: June 11, 2026

B. Lynn Winmill
U.S. District Court Judge

**PRETRIAL ORDER - 2**