UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ORELLANA GUEVARA,<br><br>Defendant, | Case No. 1:22-cr-00232-BLW-BAM<br><br>**ORDER REGARDING MOTIONS IN LIMINE** |

As explained at the hearing on June 22, 2026, the Court rules as follows on the parties' motions in limine:

1.     Plaintiff's Motion in Limine No. 1 (Dkt. 575) is **GRANTED**, subject to determination at trial.

2.     Plaintiff's Motion in Limine No. 2 (Dkt. 576) is **GRANTED**, except as pertains to the Tiangis, Unknown Bulldog, and 18th Street incidents, which the Court will take up by way of a Government proffer during trial.

3.     Plaintiff's Motion in Limine No. 3 (Dkt. 577) is **GRANTED** to the extent that Dr. De La Cruz is precluded from testifying directly on CW1's credibility. The motion is **DENIED** without prejudice with

**ORDER RE MOTIONS IN LIMINE - 1**

respect to any testimony about hypothetical scenarios that bears on CW1's credibility.

4.  Defendant's Motion in Limine No. 1 (Dkt. 581) is **GRANTED** to the extent that SA Freestone may testify about the meaning only of the specific slang terms listed in the Notice or which he defined in previous disclosed expert testimony, and he may interpret only messages from the specific disclosed communication platforms. In all other respects, the motion is **DENIED**.

5.  Defendant's Motion in Limine No. 2 (Dkt. 582) is **DENIED** as moot with regard to any commentary sections of the translation exhibits. In all other respects, the motion is **DENIED**.

6.  Defendant's Motion in Limine No. 3 (Dkt. 591) is **DENIED** as moot.

7.  Defendant's Motion in Limine No. 4 (Dkt. 583) is **DENIED**, except with respect the Tiangis, Unknown Bulldog, and 18th Street incidents, which the Court will take up by way of a Government proffer during trial.

8.  Defendant's Motion in Limine No. 5 (Dkt.  584) is **DENIED**, subject to determination at trial.

ORDER RE MOTIONS IN LIMINE - 2

9.     Defendant's Motion in Limine No. 6 (Dkt. 585) is **DENIED**, but the defense will be afforded additional time to produce competing translations.

10.    Defendant's Motion in Limine No. 7 (Dkt. 586) is **DENIED**.

11.    Defendant's Motion in Limine No. 8 (Dkt. 587) is **DENIED** without prejudice.

12.    Ruling on the Defendant's Motion in Limine No. 9 (Dkt. 588) will be **RESERVED** for trial.

DATED: June 25, 2026

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER RE MOTIONS IN LIMINE - 3**