UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR ORELLANA GUEVARA,

Defendant.

Case No. 1:22-cr-00232-BLW

**ORDER**

**IT IS ORDERED** that the Clerk of Court shall file the transcript of the jury selection process in the trial of the above-captioned matter under seal.

DATED: August 31, 2026

B. Lynn Winmill
U.S. District Court Judge