UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR ORELLANA GUEVARA,<br>Defendant. | Case No. 1:22-cr-00232-BLW<br>**ORDER** |

**IT IS ORDERED** that the Clerk of Court shall file the transcript of the portions of the trial that occurred while the Courtroom was sealed on July 10, 2026, under seal.

DATED: September 4, 2026

B. Lynn Winmill
U.S. District Court Judge