UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR ORELLANA GUEVARA,

Defendant.

Case No. 1:22-cr-00232-BLW

**ORDER TEMPORARILY UNSEALING TRANSCRIPT**

On August 3, 2026, Tamara I. Hohenleitner, Official Court Reporter, received a Transcript Request from Marcus Bourassa (Dkt. 736), counsel for Defendant, requesting the transcript of the Sealed Transcript filed as Docket No. 744 and the Sealed Transcript filed as Docket No. 752 in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing it to counsel. Any party may obtain the certified transcript by contacting the court reporter and paying the required fee.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 73(b) and remained sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED: September 9, 2026

B. Lynn Winmill
U.S. District Court Judge