UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR ORELLANA GUEVARA,

Defendant.

Case No. 1:22-cr-00232-BLW

**ORDER**

The Court held a status conference on September 22, 2026. Based on that conference, the Court issues the following order.

**NOW THEREFORE IT IS HEREBY ORDERED:**

1. The sentencing set for November 5, 2026 at 10:00 A.M. Pacific Time at the Robert E. Coyle Federal Courthouse in Fresno, California is continued. The Court shall reset the sentencing by separate order upon resolution of Defendant's post-trial motions, if necessary.

2. Defendant shall file all memoranda in support of his post-trial motions by November 23, 2026.

3. The government shall file all responses to Defendants' motions by December 21, 2026.

4. Defendant shall file all replies in support of his motions by January 15, 2026.

5. The Court shall set a date and time for oral argument by separate order.

DATED: September 24, 2026

B. Lynn Winmill
U.S. District Court Judge