**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>OSCAR ORELLANA-GUEVARA<br>Defendant. | Case No.: 1:22-cr-00232-BLW-EPG<br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS AND TO PROCEED EX PARTE**<br>Hon. B. Lynn Winmill |

Defendant Oscar Orellana Guevara has requested leave to proceed ex parte on his Ex Parte Application for Appointment of Additional CJA Counsel for the Limited Purpose of Investigating and Litigating Claims of Ineffective Assistance of Counsel (the "Application") and to file the Application and related documents under seal. The appointment of CJA counsel is a matter for the Court, not the government, *see United States v. Wells*, 879 F.3d 900, 914 (9th Cir. 2018), and the Application discloses potentially privileged matters and relies on proceedings previously sealed.

Good cause having been shown, IT IS ORDERED that:

1. The Application shall be considered ex parte and without service on the United States.

2. The Application, its supporting memorandum and the Request to Seal shall be filed under seal, with access limited to the Court and authorized court personnel, defense counsel of record, any attorney

appointed under the Application, and the defendant.

3. This Order may be filed on the public docket.

IT IS SO ORDERED.

DATED: October 1, 2026

B. Lynn Winmill
U.S. District Court Judge