**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
OSCAR ORELLANA-GUEVARA
Defendant.

Case No.: 1:22-cr-00232-BLW-EPG

**ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF ADDITIONAL CJA COUNSEL FOR A LIMITED PURPOSE**

Hon. B. Lynn Winmill

Before the Court is DEFENDANT'S EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE (the Application). The Court finds that current appointed counsel, Marcus S. Bourassa, has at least a potential conflict and that the interests of justice are served by a limited-purpose appointment of cocounsel for defendant Oscar Orellana-Guevara. 18 U.S.C. § 3006A(c).

Accordingly, IT IS ORDERED that:

1. The Application is GRANTED.

2. The assigned Magistrate Judge, in coordination with the CJA Coordinating Attorney, shall appoint a CJA panel attorney with no prior involvement in this case as additional counsel for Defendant, for the limited purpose of investigating, advising Defendant regarding, and litigating any claim of ineffective assistance of counsel, including

by submitting any appropriate motion for new trial on that basis. The appointment shall be compensated under § 3006A(d) as a separate appointment.

3. Mr. Bourassa shall remain counsel of record for all other purposes, including sentencing.

4. Mr. Bourassa and Michael W. Berdinella shall make their files available to appointed counsel upon request, subject to Defendant's instructions, and appointed counsel shall have access to the sealed July 10, 2026 transcript, including the ex parte portion.

IT IS SO ORDERED.

DATED: October 1, 2026

B. Lynn Winmill
U.S. District Court Judge