IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>OSCAR ARMANDO ORELLANA GUEVARA,<br>Defendant. | Case №: 1:22-CR-00232-11-BLW<br>**ORDER**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Adam F. Doyle, Panel attorney in the Southern District of California, Law Office of Adam F. Doyle, 444 W. C Street, Ste. 310, San Diego, CA 92101, adamfdoyle@gmail.com, (619) 438-0816, be appointed as co-counsel to represent the above defendant in this case effective *nunc pro tunc* to November 6, 2026, per the court's previous order (doc. 777) for the limited-purpose of investigating, advising Defendant regarding, and litigating any claim of ineffective assistance of counsel, including by submitting any appropriate motion for new trial on that basis.

This appointment shall remain in effect until further order of this court.

DATED: November 9, 2026

B. Lynn Winmill
U.S. District Court Judge