UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR ARMANDO ORELLANA GUEVARA,

Defendant.

Case No.: 1:22-cr-00232-BLW-EPG

ORDER TO RESET POST-TRIAL MOTIONS BRIEFING SCHEDULE

Good cause appearing, the Court adopts the parties' stipulation. Paragraphs 2 through 4 of the Court's September 24, 2026 Order (Dkt. 764) are modified, and the post-trial motions briefing schedule is reset, as follows:

1. Defendant shall file all memoranda in support of his post-trial motions by **February 8, 2027.**
2. The government shall file all responses to Defendant's motions by **March 8, 2027.**
3. Defendant shall file all replies in support of his motions by **April 2, 2027.**

The Court shall set a date and time for oral argument by separate order.

IT IS SO ORDERED.

DATED: November 24, 2026

B. Lynn Winmill
U.S. District Court Judge